FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NADINE WOODWARD,
Plaintiff,
v.
CITY OF SPOKANE; BETSY WILKERSON; LORI KINNEAR; KAREN STRATTON; and ZACK ZAPPONE, each in his or her personal and official capacity,
Defendants.

No. 2:26-CV-00310-SAB

**ORDER DENYING MOTION TO EXCEED PAGE LIMITS**

Before the Court is the parties' Stipulated Motion to Exceed Page Limits re Defendants' Motion to Dismiss, ECF No. 11. Plaintiff is represented by Mary E. Schultz. Defendants are represented by Kevin J. Kennedy, W. Scott Ferron, and Zachary J. Pekelis. The Motion was considered without oral argument.

The parties stipulate and request the Court grant leave to exceed the page limits for briefing on Defendant's Motion to Dismiss, as there are more than 10 causes of action to address in the briefing.

The Court does not find good cause to grant the Motion.

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Exceed Page Limits re Defendants' Motion to Dismiss, ECF No. 11, is **DENIED**.

2. Defendants' Motion to Dismiss, ECF No. 12, is **STRICKEN** with leave to refile once in compliance with the page limits in LCivR (7)(f).

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 1st day of October 2026.

Stan Bastian
Chief United States District Judge